*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, PENNIX, and HOUTZ
Appellate Military Judges

————————————————

**UNITED STATES**
*Appellee*

**v.**

**Amahd J. MANIGAULT**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202000083**

Decided: 11 May 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Mark D. Sameit (arraignment)
Lawrence C. Lee (trial)

Sentence adjudged 16 January 2020 by a special court-martial convened at Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 63 days, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Jeremy J. Wall, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court